UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JON ROBERT ADAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:17-cv-00357-JAW ) |
| SCOTT R. LANDRY, et al. | ) ) |
| Defendants. | ) |

**ORDER AFFIRMING RECOMMENDED DECISION**

On July 9, 2018, Defendants Penny Bailey, Glean Brown, and Scott McCaffery filed a motion for partial summary judgment in this civil rights action that Jon Robert Adams filed under 42 U.S.C. § 1983. *Mot. for Partial Summ. J. of Defs.* (ECF No. 27). On September 6, 2018, the Magistrate Judge issued a recommended decision regarding their motion for partial summary judgment and recommended that the Court grant summary judgment in favor of the Defendants and against Jon Robert Adams on Mr. Adams' claims for declaratory judgment and negligent supervision. *Recommended Decision on Defs.' Mot. for Partial Summ. J.* (ECF No. 32). Mr. Adams has not objected to the recommended decision; even so, he is entitled to have the Court perform a de novo review of the Recommended Decision.

Having performed the required de novo review, the Court AFFIRMS the Recommended Decision for the reasons set forth therein and the Court GRANTS the Defendants' Motion for Partial Summary Judgment (ECF No. 27). The Court ORDERS that judgment shall issue in favor of Defendants Penny Bailey, Glean

Brown, and Scott McCaffery on Plaintiff Jon Robert Adams' claim for declaratory judgment and on his tort claim for negligent supervision.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 1st day of October, 2018