UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JON ROBERT ADAMS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 2:17-cv-00357-JAW |
| | ) |
| PENNY BAILEY, GLEAN BROWN, and | ) |
| SCOTT McCAFFERY, | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision on Defendants' Motion for Summary Judgment, filed March 27, 2019 (ECF No. 57), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendants' Motion for Summary Judgment (ECF No. 52) be and hereby is GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 7th day of May, 2019